PROB 12C
(6/16)

Report Date: October 25, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles H. Colgrove    Case Number: 1:15CR02014-MKD-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: August 19, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 21 months;<br>TSR  36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | September 23, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | September 22, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The offender shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On October 21, 2016, this officer directed Mr. Colgrove to report to the U.S. Probation Office before 5:00 pm.  Mr. Colgrove called this officer at 2:00 pm and stated he was going to report within the next hour.  Mr. Colgrove failed to report as directed on October 21, 2016. |
| 2 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On October 21, 2016, Mr. Colgrove failed to report to Merit Resource Services (Merit) for his urinalysis test.  Mr. Colgrove was also given the opportunity to report to the U.S. Probation Office to provide a urinalysis test, but he did not show up as directed. |

Prob12C
Re: Colgrove, Charles H
October 25, 2016
Page 2

    3    **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Colgrove had a substance abuse appointment at Merit to determine the level of care needed on October 21, 2016, at 12:30 pm. This officer attended the appointment and Mr. Colgrove failed to show. This officer contacted Mr. Colgrove from Merit and rescheduled the appointment for October 24, 2016, at 10 am. He also failed to show for the appointment on October 24, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 25, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

M.K. Dimke

Signature of Judicial Officer
10/25/2016
Date