# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles H. Colgrove | Case Number: 1:15CR02014-SAB-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆ Vancouver, Washington | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 19, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 21 months;<br>TSR  - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: September 23, 2016 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: September 22, 2019 |

### PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition**: The offender shall not commit another federal, state of local crime.<br><br>**Supporting Evidence**: Mr. Colgrove's conditions were reviewed with him on September 23, 2016.  He signed his conditions, acknowledged understanding of the conditions which included the mandatory condition, as noted above.<br><br>On September 4, 2017, the Portland Police Department (PPD) received a call that Mr. Colgrove was  brandishing a firearm while driving a vehicle.  PPD  pulled the vehicle over. Mr. Colgrove was driving and a BB gun was found in the vehicle.  PPD officers also located 4.1 grams of methamphetamine in the vehicle Mr. Colgrove was driving.  Mr. Colgrove was arrested and placed in a detention facility in Portland, Oregon, but was released on bail shortly thereafter.   He has not reported to the probation office since his release.<br><br>This officer has not received a police report from PPD.  According to the arresting officer, the police report will be completed on September 6, 2017. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 5, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] Defendant to Appear before the Magistrate Judge.

Signature of Judicial Officer

9/6/17

Date