PROB 12C
(6/16)

Report Date: January 12, 2018

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles H. Colgrove                Case Number: 0980 1:15CR02014-SAB-1

Address of Offender:                Vancouver, WA 98660

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 19, 2015

Original Offense:        Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 21 months;            Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation             Prison - 3 months;
Sentence:              TSR - 33 months
November 29, 2017

Asst. U.S. Attorney:   Thomas J. Hanlon               Date Supervision Commenced: November 29, 2017

Defense Attorney:      Federal Defenders Office       Date Supervision Expires: August 28, 2020

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

1                       **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime.

                        **Supporting Evidence**: Mr. Colgrove violated mandatory condition #1 on December 31, 2017, by allegedly committing harassment, in violation of Revised Code of Washington (RCW) 9A.46.020.  The following information is taken from a Vancouver Police Department (VPD) report for case number 2017-19297.

                        On December 31, 2017, at 5:31 a.m., a VPD officer spoke with the victim regarding threats being made to him by a male name "Charlie." According to the victim he met a male named "Charlie" through a mutual friend. He stated the offender came to his job site and requested to steal property. The victim declined the offender's request and the offender got mad and started making threats toward the victim. The offender stated he was going to come to the victim's work site and assault him. The victim did not want to file charges and said he did not need further police assistance.

Prob12C
**Re: Colgrove, Charles H.**
**January 12, 2018**
**Page 2**

Later in the evening, the same VPD officer was dispatched to contact the victim again. The VPD officer spoke with the victim on the phone. According to the victim, the offender once again contacted him at about 2 or 3 p.m., on December 31, 2017. The offender wanted the victim to give him a ride and the victim refused to give the offender a ride. The offender became angry and made threats to harm the victim's mother, his children and the offender said he was going to shoot the victim. The offender then pulled something out and pointed it at the victim. The victim could not clearly see what the offender was pointing at him, because the victim was driving away. The victim drove away from the offender into a large parking lot and watched the offender drive away from him. The offender then turned around and drove back to where the victim was. As the offender was returning to the victim's location, the victim yelled at the offender to come out of his vehicle and settle the issue. The offender then pulled out what appeared to be a gun and the victim got back into his car and left. As the victim was leaving, he heard five shots. The victim stated the gun was not real because the shots were not very loud and he believed the gun to be an air soft gun.

The offender then started calling and telling the victim he was going to get him next time and the gun was going to be real.

On January 10, 2017, this officer spoke with the victim on the phone. He verified the information in the VPD report for case number 2017-19297. This officer sent the victim a photo of the offender and he verified based on the photo that the offender was the one who threatened him.

At the time this report was written, no formal charges have been filed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 12, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/16/2018

Date