PROB 12C
(6/16)

Report Date: January 22, 2018

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles H. Colgrove          Case Number: 0980 1:15CR02014-SAB-1

Address of Offender:                           Vancouver, WA  98660

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 19, 2015

Original Offense:          Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:         Prison - 21 months;          Type of Supervision: Supervised Release
                           TSR - 36 months

Revocation Sentence:       Prison - 3 months;
November 29, 2017          TSR - 33 months

Asst. U.S. Attorney:       Thomas J. Hanlon             Date Supervision Commenced:  November 29, 2017

Defense Attorney:          To be determined             Date Supervision Expires:  August 28, 2020

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/12/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Colgrove violated standard condition #2 on January 16, 2018, by not reporting to the U.S. Probation Office in Yakima, Washington, as directed.

On January 11, 2018, this officer spoke with Mr. Colgrove on the telephone. Mr. Colgrove was directed to return to the Eastern District of Washington and was directed to report to this officer at 9 a.m., on January 16, 2018, in Yakima, Washington. Mr. Colgrove acknowledged he understood the reporting instructions.

Prob12C
**Re: Colgrove, Charles H.**
**January 22, 2018**
**Page 2**

Mr. Colgrove failed to report to this officer on January 16, 2018, as directed. On January 16 and 17, 2018, Mr. Colgrove left this officer messages stating he needed more time before he could return to Yakima. Mr. Colgrove was arrested in Vancouver, Washington, on January 19, 2018, after he was involved in a traffic accident.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 22, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/22/2018
Date