PROB 12C
(6/16)

Report Date: July 20, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles H. Colgrove          Case Number: 0980 1:15CR02014-MKD-1

Address of Offender: ███████████████████, Yakima, WA ███

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: August 19, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C § 922(g)(1) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: November 29, 2017 | Prison - 3 months; TSR - 33 months | |
| Revocation Sentence: February 21, 2018 | Prison - 4 months; TSR - 29 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 24, 2018 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: October 23, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: Mr. Colgrove's conditions were reviewed with him on April 17, 2018.  He signed his conditions, acknowledged understanding of the conditions which include the standard condition, as noted above. |

Prob12C
**Re: Colgrove, Charles H.**
**July 20, 2018**
**Page 2**

On July 20, 2017, this officer attempted to locate Mr. Colgrove at his listed address, 201 South Fourth Street #6, in Yakima, Washington, after Mr. Colgrove failed to show up for an appointment. This officer spoke with a family member of Mr. Colgrove at the residence. The family member reported Mr. Colgrove did not come home last night and he did not tell anyone where he would be.

In the past, Mr. Colgrove would request and receive permission from this officer to stay at a different location. Mr. Colgrove did not request or receive permission to change his living arrangements on July 19, 2018.

2   **Special Condition # 1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Mr. Colgrove's conditions were reviewed with him on April 17, 2018. He signed his conditions, acknowledged understanding of the conditions which include the special condition, as noted above

Mr. Colgrove has been directed multiple times to complete a mental health evaluation at Comprehensive Health Care in Yakima, Washington. Mr. Colgrove continuously made excuses about why he could not complete his mental health evaluation, and this officer provided him with additional opportunities to complete the evaluation.

On July 18, 2018, this officer directed Mr. Colgrove to complete the mental health evaluation on July 20, 2018. He was directed to meet this officer at Comprehensive Health Care at 7:30 a.m. and this officer was going to assist Mr. Colgrove with the evaluation process. Mr. Colgrove made a commitment to show up on July 20, 2018; however, he failed to show up as directed and he failed to contact this officer to explain why he missed the appointment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 20, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Colgrove, Charles H.**
**July 20, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other



Signature of Judicial Officer
7/20/2018
Date