PROB 12C
(6/16)

Report Date: September 5, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles H. Colgrove    Case Number: 0980 1:15CR02014-MKD-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Yakima, WA 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. Magistrate Judge

Date of Original Sentence: August 19, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C § 922(g)(1) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: November 29, 2017 | Prison - 3 months; TSR - 33 months | |
| Revocation Sentence: February 21, 2018 | Prison - 4 months; TSR - 29 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 24, 2018 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: October 23, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Colgrove is alleged to have violated special condition #3, by not attending substance abuse treatment on August 29 and 31, 2018. |

Prob12C
**Re: Colgrove, Charles H.**
**September 5, 2018**
**Page 2**

        Mr. Colgrove's conditions were reviewed with him on April 17, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

        Mr. Colgrove completed a substance abuse assessment on July 3, 2018, and began substance abuse treatment on July 18, 2018, at Dependency Health in Yakima, Washington. Mr. Colgrove was attending his substance abuse treatment as directed. On September 4, 2018, this officer spoke with Mr. Colgrove's substance abuse counselor on the phone. The counselor informed this officer that Mr. Colgrove was a no show/no call for treatment on August 29 and 31, 2018. Mr. Colgrove has not returned any of her phone calls. If Mr. Colgrove does not show up for treatment by September 7, 2018, he will be discharged from treatment services at Dependency Health in Yakima, Washington.

2      **Special Condition # 2**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

        **Supporting Evidence**: Mr. Colgrove is alleged to have violated special condition #2, by consuming methamphetamine on or about August 28, 2018.

        Mr. Colgrove's conditions were reviewed with him on April 17, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

        Mr. Colgrove reported to the U.S. Probation Office on August 31, 2018, and admitted to a probation officer that he consumed methamphetamine on or about August 28, 2018. Mr. Colgrove signed an admission report acknowledging he consumed methamphetamine on or about August 28, 2018.

3      **Special Condition # 4**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance

        **Supporting Evidence**: Mr. Colgrove is alleged to have violated special condition #4, by consuming alcohol on or about August 18, 2018.

        Mr. Colgrove's conditions were reviewed with him on April 17, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

        Mr. Colgrove reported to the U.S. Probation Office on August 20, 2018, and admitted to this officer that he consumed alcohol on August 18, 2018.

Prob12C
**Re: Colgrove, Charles H.**
**September 5, 2018**
**Page 3**

  4  **Standard Condition # 2**:After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence**: Mr. Colgrove is alleged to have violated standard condition #2, by not reporting as directed on September 4, 2018.

    Mr. Colgrove's conditions were reviewed with him on April 17, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

    On August 31, 2018, Mr. Colgrove was directed by a probation officer to report in person to the U.S. Probation Office by noon on September 4, 2018. Mr. Colgrove failed to report as directed and he failed to contact this officer to explain why he could not report.

  5  **Mandatory Condition # 1**:You must not commit another federal, state or local crime.

    **Supporting Evidence**: Mr. Colgrove is alleged to have committed a new crime on September 2, 2018, by receiving a citation for not having a valid drivers license, in violation of Revised Code of Washington (RCW) 46.20.015.

    Mr. Colgrove's conditions were reviewed with him on April 17, 2018. He signed and acknowledged his conditions, which include the special condition as noted above.

    On September 2, 2018, this officer received notification that the Washington State Patrol (WSP) ran Mr. Colgrove's name. On September 4, 2018 this officer communicated with WSP regarding Mr. Colgrove. According to WSP, on September 2, 2018, Mr. Colgrove was involved in a non-injury collision on Highway 97 in Yakima County. Mr. Colgrove was issued a citation by the WSP officer for driving without a valid drivers license, case number 8Z0854309.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

         I declare under penalty of perjury that the foregoing is true and correct.

         Executed on:  September 5, 2018

              s/Phil Casey

              Phil Casey
              U.S. Probation Officer

Prob12C
**Re: Colgrove, Charles H.**
**September 5, 2018**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

9/5/2018

Date